| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| 2 | United States Attorney |
|   | DEBORAH LEE STACHEL |
| 3 | Regional Chief Counsel, Region IX |
|   | Social Security Administration |
| 4 | MICHAEL K. MARRIOTT, CSBN 280890 |
| 5 | Special Assistant United States Attorney |
|   |     160 Spear Street, Suite 800 |
| 6 |     San Francisco, California 94105 |
|   |     Telephone: (415) 977-8985 |
| 7 |     Facsimile: (415) 744-0134 |
| 8 |     E-Mail: Michael.Marriott@ssa.gov |
| 9 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| DAVID MARTINEZ MEDINA, | ) | Civil No. 1:19-cv-00402-BAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER GRANTING IN PART AND DENYING IN PART FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE BRIEF** |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 60 days to file her responsive brief. Defendant respectfully requests this extension of time because the undersigned has a significant amount of use-or-lose leave that must be expended by the end of this year. Consequently, the undersigned is schedule to be on leave from December 9 to 13, and from December 23 through January 3, 2020. This extension will permit Defendant to manage a heavy caseload, and to properly evaluate and response to Plaintiff's contentions upon his return from vacation.

1

The new due date for Defendant's MSJ will be Monday, January 27, 2020.

Respectfully submitted,

Date: *November 27, 2019*    PENA & BROMBERG, ATTORNEYS AT LAW

By:  */s/ Jonathan Omar Pena**
     JONATHAN OMAR PENA
     * *By email authorization on November 27, 2019*
     Attorney for Plaintiff

Date: *November 27, 2019*    McGREGOR W. SCOTT
                             United States Attorney

By:  */s/ Michael K. Marriott*
     MICHAEL K. MARRIOTT
     Special Assistant United States Attorney
     Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

<u>ORDER</u>

The Court does not find good cause for the requested extension of time. Fed. R. Civ. P. 16(b)(4). Defendant's counsel does not explain why the initial deadline to file a responsive brief could not be met, nor does counsel explain why an additional sixty (60) days is necessary to accommodate both his December vacation schedule and his workload. Nevertheless, the Court's Scheduling Order permits a single thirty (30) day extension of the deadlines in this action by stipulation of the parties and without Court approval. (Doc. 5-1 at ¶ 12.) Accordingly, in light of the extension contemplated by the Court's Scheduling Order and to accommodate, in part, defense counsel's vacation schedule, Defendant's request for an extension of time is granted in

2

part and denied in part.  Defendant's responsive brief shall be filed within forty-five (45) days of the date of this Order.  No further extensions of time shall be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated: **December 2, 2019**        /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE