1  McGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  MICHAEL K. MARRIOTT, CSBN 280890
   Special Assistant United States Attorney
5         160 Spear Street, Suite 800
6         San Francisco, California 94105
          Telephone: (415) 977-8985
7         Facsimile: (415) 744-0134
          E-Mail: Michael.Marriott@ssa.gov
8
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| DAVID MARTINEZ MEDINA, | ) | Civil No. 1:19-cv-00402-BAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR VOLUNTARY** |
| | ) | **REMAND PURSUANT TO SENTENCE** |
| v. | ) | **FOUR OF 42 U.S.C. § 405(g)** |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).

Stipulation for Voluntary Remand

1

Upon remand to the defendant, the Appeals Council will remand this case to an Administrative Law Judge (ALJ) with instructions to reevaluate Plaintiff's symptom testimony in accordance with the regulations and social security rulings. The ALJ shall take any additional steps necessary to complete the record and issue a new decision.

Respectfully submitted,

Date: *January 17, 2020*  PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena\**
JONATHAN OMAR PENA
*Authorized by email on January 17, 2020*
Attorney for Plaintiff

Date: *January 17, 2020*  MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

Stipulation for Voluntary Remand

**ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action be remanded to the Commissioner of Social Security for further administrative action consistent with the above stipulation.

IT IS SO ORDERED.

Dated: **January 22, 2020**          /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE