UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MARTINEZ MEDINA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:19-cv-00402-BAM<br><br>**ORDER REGARDING STIPULATION FOR THE AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) 28 U.S.C. § 2412(d)**<br><br>(Doc. No. 19) |

    Based upon the parties' stipulation for the award of attorney's fees filed on February 24, 2020 (the "Stipulation") (Doc. No. 19), IT IS HEREBY ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d), attorney's fees in the amount of five thousand eight hundred dollars ($5,800.00) be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

    Dated: **February 25, 2020**           /s/ *Barbara A. McAuliffe*
                                                               UNITED STATES MAGISTRATE JUDGE